FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 5 2012 ★

BROOKLYN OFFICE

IN THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

EDDIE PRESSLEY,                    :
                                   :
        Defendant-Movant,          :   Dist. Ct. No. 03-CR-297
                                   :
        v.                         :
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff-Respondent.      :
_____/

## MOTION FOR APPOINT OF COUNSEL
## PER THE DICTATES OF TITLE 28 U.S.C. 1915(e)(1)

**COMES NOW**, Defendant-Movant Eddie Pressley, ("Pressley"),
pro-se, and respectively moves this Honorable Court per the
dictates of Title 28 U.S.C. § 1915(e)(1) for the appointment of
counsel. In support, the following is submitted:

### I. Procedural History

1. <u>See General Docket For Entire Procedural History.</u>

2. Pressley is filing a § 2241 habeas corpus application in
conjunction with this request for Appointment of Counsel. He
believes he is entitled to counsel as a matter of law to
represent him on his actual innocence crimes. And, he prays that
this Court will appoint counsel as required by law.

                              Respectfully submitted,

                              _____
                              Mr. Eddie Pressley
                              Reg. No. 70089-053
                              FMC Devens
                              P.O. Box 879/Unit P-3
                              Ayer, MA 01432

## CERTIFICATE OF SERVICE

I Movant Pressley hereby certify that the foregoing was
ᵥserved
on the below stipulated party on this __13__, of January 2012, by

being placed in a Unit Team counselor hands with the appropriate

1st class postage affixed to be mailed through the U.S. Postal

mailing service/prisoner legal mail processing.

Roslynn M. Mauskopf, USA
Morris Fodeman, AUSA
One Pierrepont Plaza
Brooklyn, N.Y. 11201

Mr. Eddie Pressley
Reg. No. 70089-053
FMC Devens
P.O. Box 879/Unit P-3
Ayer, MA 01432