03CR297-NGG-2

D/F

**RECEIVED**
SEP 18 2012
in the Chambers of
Judge
NICHOLAS G. GARAUFIS

**FILED CLERK**
2012 SEP 17 AM 9:33
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

EDDIE PRESSLEY #70089-053
FMC DEVENS, P.O. Box 879,
Unit P-2
Ayer, MA 01432

September 13, 2012

RE: Eddie Pressley v. United States of America
    Case NO: 03-cr-297

Dear, Clerk of Court,

   July 29th, 2009, I filed a "Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) Amendments 706 And 713 To U.S.S.G." On November 11th, 2011, I filed another motion regarding to "appoint Counsel". The Court however, has not respond to either motions. Which has me "unsure" what to do next... is there some type of motion/motions I need to file to receive a response? I am truly "uncertain what to do... Should I send the Court a letter "apologizing" for my past ignorance, and a copy of my current Program Review, showing all the different programs I've completed during my incarceration?

   On January 31th, 2005, I pled guilty to violation of 18 U.S.C. § 924(c)(1)-(A) using, carrying or possession of a firearm in relation to drug offense, and 21 U.S.C. § 841(a)(1) + 846, conspiracy to distribute and possession with intent to distribute "50 grams" or more of "crack" cocaine and 1-kilogram of heroine or more.

On June 2, 2005, I was sentenced to a term of incarceration of 292 months for the drug violations and a consecutive sentence of 60 months for the firearm violation. The Court sentence me base upon the drug quantity table contained in U.S.S.G. § 2D-1.1(c), which was amended by the adoption of Amendment 706 to U.S.S.G, lowing the base offense levels for "crack" offenses by two (2) levels. Which makes me "eligible" for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2).

Since 2009, I've been receiving dialysis treatments for kidney failure, three days out of a week. Getting a kidney transplant (something I need) in prison is very complicated. I'll have a less complicated and faster process, if I was not inprison.

Finally, if there is anything you can help me out with - I'll truly appreciate it.

Sincerely,

Eddie Pressley
#70089-053, pro-se
FMC Devens, PO box 879
Ayer, MA 01432
Unit P-2

⇔70089-053⇔
Eddie Pressley
" Fed.Medical Center Devens
P.O.Box 879
AYER, MA 01432
United States

CENTRAL MA 014

14 SEP 2012 PM 5 L



USMS

⇔70089-053⇔
Court Clerk
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

11201183299

Legal Mail