Eddie, Pressley #70089-053
Pro-Se Petitioner
FMC, Devens - unit P-2
PO box 879
Ayer, MA 01432

RECEIVED
OCT 29 2013
in the Chambers of
Judge
NICHOLAS G. GARAUFIS

October 27, 2013

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Eddie Pressley
    Criminal Docket No. 03-297- (NGG)

Dear Judge Gaurafis:

On September 16, 2013, the Court ordered the government to respond to the defendant motions. One motion, for a reduction of sentence, pursuant to 18 U.S.C. § 3582(c), and the government shall contact the defendant counsel of record and provide him a copy of the Order.

On October 4, 2013, the government respectfully request a brief additional extension of time, until October 25, 2013, to submit its response to the Court's Order, which was So Ordered.

On September 22, 2009, counsel of record, Frederick L. Sosinsky, filed a motion to withdraw as attorney for the defendant.

Accordingly, I am unsure what to do regarding, if I'll have to file a motion to the government response. If there will be one, or will I be appointed an attorney by the Court?

Respectfully Submitted

*Eddie Pressley* #70089-053

EDDIE PRESSLEY # 70089-053
FMC, Devens   Unit P-2
PO Box 879
Ayer, MA 01432

70089-053
Eddie Pressley
Fed.Medical Center Devens
P.O.Box 879
AYER, MA 01432
United States

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201